# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| IN RE: EAGLE CREST HOMES, LLC ) | |
|             Debtor ) | Case No. 08-10195-RGM |
| ) | Chapter 7 |
| ) | |
| HAGERSTOWN KITCHENS ) | |
| OF WINCHESTER, LLC ) | |
| ) | |
| v. ) | |
| ) | |
| EAGLE CREST HOMES, LLC ) | |
| and ) | |
| ROBERT O. TYLER, Trustee ) | |

## **CONSENT ORDER**

THIS MATTER came upon the motion for Hagerstown Kitchens of Winchester, LLC ("Hagerstown") for relief from stay against Eagle Crest Homes, LLC (the "Debtor") and Robert O. Tyler, Trustee (the "Trustee"), and

IT APPEARING that, as evidenced by the endorsements hereon of the Debtor's counsel and Trustee's counsel, the parties consent to the entry of this order; and that there is cause for granting Hagerstown's motion for relief from stay in order to allow it to file and proceed with its Bill to Enforce Mechanic's Lien against the Debtor, *inter alia*, it is therefore

ORDERED that Hagerstown is hereby granted relief from the automatic stay fo 11 U.S.C. § 362(a) to file in the appropriate state court and proceed with its Bill to Enforce Mechanic's Lien against the Debtor, *inter alia*; that Hagerstown also is hereby granted relief from the automatic stay of 11 U.S.C. § 362(a) to perfect its Memorandum of Mechanic's Lien and to enforce any rights and remedies granted by the state court in connection with Hagertwon's Bill to Enforce Mechanic's Lien, provided that Hagerstown shall not enforce such

rights or remedies against the Debtor or property of the estate without further leave of this Court as long as this bankruptcy case is pending.

Dated: _____

                                                ROBERT G. MAYER
                                                U.S. Bankruptcy Judge

I ASK FOR THIS:

      /s/ John W. Bevis
John W. Bevis, Esq./VSB# 22914
10521 Judicial Drive, Suite 204
Fairfax, VA  22030
Tel: 703-691-1334
Fax: 703-385-4353

SEEN AND AGREED:

      /s/ George LeRoy Moran    (via facsimile signature)
George LeRoy Moran, Esq./VSB#15187
Moran Monfort, PLC
4041 University Drive, Suite 301
Fairfax, VA 22030
(703) 359-8088

SEEN AND AGREED:

      /s/ Gregory H. Counts    (via facsimile signature)
Gregory H. Counts, Esq.,
Counsel for Robert O. Tyler, Esq., Trustee
Tyler, Bartl, Gorman & Ramsdell, PLC
700 S. Washington Street, #216
Alexandria, VA 22314
(703) 549-7178

**Parties to Receive Copies:**

John W. Bevis, Esquire (Via electronic filing)
George LeRoy Moran, Esquire (Via electronic filing)
Gregory H. Counts, Esquire (Via electronic filing)